*Exhibit 1*

## Interest Purchase Agreement

This Agreement is made as of the 13th day of June, 2014, by and Bobby Smith (refered to as "Seller"), and Crystal Smith ("Purchaser").

**Recitals**

WHEREAS, Seller desires to sell and Purchaser desires to acquire membership interests in the company named Ultimate Roofing and Construction, LLC, an Oklahoma Limited Liability Company (the "Company") on the terms and conditions hereinafter set forth.

WHEREAS, Seller owns a one hundred percent (100%) voting interest in the Company and is the sole member and manager of the Company.

WHEREAS, Purchaser shall purchase fifty-one percent (51%) of Seller's interest in the Company.

NOW, THEREFORE, IT IS AGREED between the parties as follows:

### 1. *Purchase and Sale*

Purchaser hereby agrees to purchase from Seller and Seller agree to sell to Purchaser fifty-one percent (51%) of Seller's interest in the Company, including any and all goodwill (the "Interest"). Upon completion of the sale contemplated herein, Purcahser shall own fifty-one percent (51%) of the Company and Seller shall own forty-nine (49%) percent of the Company.

The purchase price of the Interest shall be $100.000 ("Purchase Price"), and shall be paid to Seller upon execution of this agreement.

The closing hereunder shall occur at the offices of the Company on the date hereof, or at such other time and place as the parties may mutually agree (the "Closing"). The Parties acknowledge that Seller's Interest is not certificated. As such, at the Closing, Seller shall deliver a duly executed assignment of membership interest in the Company to Purchaser. In addition, at the Closing, Seller and the Purchasers shall each deliver to one another an executed counterpart of this Agreement.

### 2. *Membership Certificates*

All certificates representing any of the Interest of the Company are subject to the provisions of this Agreement shall have endorsed thereon the following legends:

"These securities have not been registered under the Securities Act of 1933. They may not be sold, offered for sale, pledged or hypothecated in the absence of an effective registration statement as to the securities under said Act or an opinion of counsel satisfactory to the corporation that such registration is not required."

## 3. Purchaser's Representations and Warranties

Purchaser acknowledges that she is aware that the Interests to be acquired from Seller of the Company pursuant to this Agreement have not been registered under the Securities Act of 1933, as amended. In this connection, Purchaser warrants and represents to Seller that Purchaser is acquiring the Interests for investment and not with a view to or for sale in connection with any distribution of said Interests or with any present intention of distributing or selling said Interests and it does not presently have reason to anticipate any change in circumstances or any particular occasion or event which would cause it to sell said Interests.

Purchaser (1) has such knowledge and experience in financial and business matters as to be capable of evaluating the merits and risks of an investment in the Company and of protecting the Purchaser's interests in connection with such investment and (2) recognizes that the Purchaser's investment in the Company involves a high degree of risk including, without limitation, loss of Purchaser's entire investment.

Purchaser acknowledges that the Purchaser has had an opportunity to consult with Purchaser's own attorney regarding legal matters concerning the Companies' Interests and investment in the Interests and to consult with Purchaser's tax advisors regarding the tax consequences of an investment in the Interests.

## 4. Purchaser's Assumption of Liabilities and Hold Harmless Agreement

Seller and Purchaser recognize there are outstanding debts and obligations of the Company. Seller and Purchaser hereby agree to abide by the terms and conditions of the operating agreement of the Company with regard to debts and liabilities.

## 5. Seller's Representations Regarding Title

Seller represents that he has full power and authority to execute this Agreement and to carry out the transactions contemplated hereby and that all consents, approvals, orders, authorizations or filings with any federal or state governmental agency necessary for the authorization, execution, delivery and performance of the Agreement and the consummation of the transactions contemplated herein by them have been taken or obtained, and that this Agreement constitutes their legal, valid and binding obligation.

Seller represents and warrants that he owns one hundred percent (100%) of the authorized and outstanding membership interests in the Company. Seller is the owner, beneficially and of record, of the Interest, free and clear of any liens, encumbrances, security interests, options, claims, charges and restrictions except as otherwise evidenced by legends on the certificates for the Interests. Seller represents and warrants that all buy-sell provisions or rights of first refusal have been complied with by Seller.

## 6. Notices

Any notice required or permitted hereunder shall be given in writing and shall be deemed effectively given upon personal delivery or upon deposit in the United States Post Office, by registered or certified mail with postage and fees prepaid, addressed to the other party hereto at its address hereinafter shown below its signature or at such other address as such party may designate by five (5) days' advance written notice to the other party hereto.

## 7. Successors and Assigns

This Agreement shall inure to the benefit of and be binding upon Seller and his successors and assigns. This Agreement shall inure to the benefit of and, subject to the restrictions on transfer herein set forth, be binding upon Purchaser and her successors and assigns.

## 8. Entire Agreement

This Agreement constitutes the entire agreement of the parties with respect to the subject matter hereof.

## 9. Governing Law

This Agreement shall be governed by and construed under the laws of the State of Oklahoma. Any action arising out of this Agreement shall be in the exclusive jurisdiction and venue of the courts located in Oklahoma County, Oklahoma. In the event any action is filed resulting from this Agreement, the prevailing party shall be entitled to recover all costs, including a reasonable attorney's fee from the non-prevailing party.

## 10. Opportunity for Legal Review

Purchaser recognizes and acknowledges her right and opportunity to have this Agreement reviewed by counsel of her choosing. By executing below, Purchaser acknowledges that she has either had this Agreement reviewed by counsel of her choosing or has voluntarily chosen not to have this Agreement reviewed by counsel of her choosing.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the day and year first above written.

SELLER: _____
Bobby Smith

PURCHASER:

_____
Crystal Smith Smith

COMPANY APPROVAL: The Company hereby approves the sale of Membership Interests from Bobby Smith to Crystal Smith as set forth above.

_____
Bobby Smith, Member/Manager