Gmail

Bobby Smith &lt;nfd1288@gmail.com&gt;

**Bobby smith taxes**
6 messages

Bobby Smith &lt;nfd1288@gmail.com&gt;  Thu, May 26, 2022 at 11:55 AM
To: brittany.jewett@laok.org

Attached here 😊

---------- Forwarded message ----------
From: &lt;mandy@stingleycpa.com&gt;
Date: Thu, May 26, 2022, 11:44
Subject: RE: Tax Info Needed for 2019 and 2020
To: Bobby Smith &lt;nfd1288@gmail.com&gt;


Bobby,


I have attached your 2019, 2020, and 2021 federal and state tax returns.


Thanks,

Mandy


**Mandy Chesser, CPA**


**Keith Stingley, CPA, Inc., P.C.**

5100 N. Brookline, Ste 325

Oklahoma City, OK 73112

Office: 405-942-2600

Cell: 405-503-8385



**From:** Bobby Smith &lt;nfd1288@gmail.com&gt;
**Sent:** Thursday, May 26, 2022 8:55 AM
**To:** mandy@stingleycpa.com
**Subject:** Re: Tax Info Needed for 2019 and 2020



On Wed, May 25, 2022, 19:30 &lt;mandy@stingleycpa.com&gt; wrote:

Bobby,

I need the following documents for your 2019 tax return:

I need all W-2's for 2019. The 1st one is for winnings of $4,000 won on 3/15/2019 (Cosmopolitan Nevada Property 1) and the 2nd one is for winnings of $2,125.00 won on 7/03/2019 (Wynn/Encore Las Vegas).

Here is the info I need for 2020 tax return:

I need all W-2G's for 2020. The 1st one is for winnings of $1,500 won on 7/24/2020 (Cosmopolitan nevada property 1) and the 2nd one is for winnings of $4,000 won on 6/9/2020(Grand casino shawnee) Also need the 1099-NEC (Nonemployee Compensation) for $1,800.

Thanks,

Mandy

**Mandy Chesser, CPA**

**Keith Stingley, CPA, Inc., P.C.**

5100 N. Brookline, Ste 325

Oklahoma City, OK 73112

Office: 405-942-2600

Cell: 405-503-8385

3 attachments

- 2019 Tax Return Documents (Smith Bobby).pdf
  59K
- 2020 Tax Return Documents (Smith Bobby).pdf
  74K
- 2021 Tax Return Documents (Smith Bobby).pdf
  94K

---

**Brittany Jewett** <brittany.jewett@laok.org>  Thu, May 26, 2022 at 12:45 PM
To: Bobby Smith <nfd1288@gmail.com>

*Received. Your case will be reviewed. Thank you.*

Sincerely,

Brittany P. Jewett, Attorney at Law
Legal Aid Services of Oklahoma, Inc
2915 N. Classen Blvd. #200
Oklahoma City, OK 73106
(p) 405 488-6779
(f) 405 805-6345
Brittany.jewett@laok.org

**From:** Bobby Smith <nfd1288@gmail.com>
**Sent:** Thursday, May 26, 2022 11:55 AM
**To:** Brittany Jewett <brittany.jewett@laok.org>
**Subject:** Bobby smith taxes

[Quoted text hidden]

This message is sent by Legal Aid Services of Oklahoma, a law firm, and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you are a client, you should not share this email with others. It may result in a loss of the attorney-client privilege. ———————————————————————— Este mensaje es enviado por Legal Aid Services of Oklahoma, una firma legal, y puede contener información privilegiada o confidencial. Si recibió esta transmisión por error, notifique al remitente por correo electrónico, elimine el mensaje y cualquier archivo adjunto. Si usted es cliente, no debe compartir este correo electrónico con otras personas ya que pudiera resultar en la pérdida del privilegio de confidencialidad entre usted y su abogada

**Bobby Smith** <nfd1288@gmail.com>    Wed, Jun 15, 2022 at 6:45 AM
To: Brittany Jewett <brittany.jewett@laok.org>

Is there anything else needed from me? I have the money to pay for the expongement now, so if I can at least get that in motion that would be great😊☺️💝👶
[Quoted text hidden]

**Brittany Jewett** <brittany.jewett@laok.org>    Wed, Jun 15, 2022 at 8:14 AM
To: Bobby Smith <nfd1288@gmail.com>

Hello Mr. Smith,

We are not able to represent you in this matter and the letter below was mailed to you on May 27th. I have attached the lists of other resources to this email. If you would like us to re-mail these documents, please let me know.

Dear Mr. Smith:

Your request for legal services was reviewed by our legal staff. Although your case is important to us, we are unable to accept your case because the demand for our services exceeds our resources. Our decision does not mean that your case lacks merit, so you may wish to seek assistance from a private attorney. In addition, I have enclosed lists of other legal and community resources that may be helpful to you.

As stated in a prior communication, your charges in CF-2021-42 are eligible to be expunged. The relevant statute is 22 O.S. § 18(A)(7) which states "the person was charged with one or more misdemeanor or felony crimes, all charges have been dismissed, the person has never been convicted of a felony, no misdemeanor or felony charges are pending against the person and the statute of limitations for refiling the charge or charges has expired or the prosecuting agency confirms that the charge or charges will not be refiled...."

Finally, please note that Legal Aid Services of Oklahoma has an applicant grievance procedure. If you have a

complaint, please contact the Managing Attorney of our Oklahoma City Law Office at (405) 521-1302. We wish you the best in this matter.

Sincerely,

Brittany P. Jewett, Attorney at Law
Legal Aid Services of Oklahoma, Inc
2915 N. Classen Blvd. #200
Oklahoma City, OK 73106
(p) 405 488-6779
(f) 405 805-6345
Brittany.jewett@laok.org

**From:** Bobby Smith <nfd1288@gmail.com>
**Sent:** Wednesday, June 15, 2022 6:45 AM
[Quoted text hidden]

[Quoted text hidden]

**2 attachments**


**OtherResources2021.docx**
37K

**RESOURCE GUIDE Oct 2018.pdf**
200K

**Bobby Smith** <nfd1288@gmail.com>　　　　　　　　　　　　　　　　　　　　　Wed, Jun 15, 2022 at 8:52 AM
To: Brittany Jewett <brittany.jewett@laok.org>

I'm not playing these silly games. This is unacceptable behavior I will let every donor and sponsor know that finances this corrupt charity.
[Quoted text hidden]

**Bobby Smith** <nfd1288@gmail.com>　　　　　　　　　　　　　　　　　　　　　Wed, Jun 15, 2022 at 8:55 AM
To: Brittany Jewett <brittany.jewett@laok.org>

You have a managing partner contact me at 405-863-8584, I'm not going through your phone loop for hours more. Thank you for you corporation
[Quoted text hidden]