Exhibit 1

2022-12-21 transcript between Bobby Smith(BOBBY) and Michael Johnson(MIKE)

BOBBY: Hello.

MIKE: I'm trying to figure out a way that the Attorney General can save face, but I don't have an answer. My response was, they
shouldn't have filed it. Should have investigated further.

BOBBY; I think they I agree. But what like what are my options
Though? Are they even giving me any options?

MIKE: No, you don't really have options. It's kind of all in my court. They're trying to get me to get you to some kind of agreement, even a misdemeanor. I'm like, No,

BOBBY: even after they know that they fucked up.

MIKE: Bobby, that's where we started at we ended that with, well, y'all made this mess. I don't know how to y'all tell y'all to fix it. All I know is, you ain't got a case, you can't win it, and you have different ethical obligations than I do, and I know
the guy that I'm dealing with now is Ethan Shanky(Shaner). Hope Bryant wrote a memo about eight pages with all kinds of documents saying that she didn't believe a crime had occurred, and so it went to her boss, which is who I've met with three times now, and he's like, how does it get this far? I'm like, well, I could tell you I'm not a prosecutor, but she didn't investigate it, and then you cut a deal with a witness, and your first assistant, AG, never looked at anything. Well, everything that the reports say here are wrong. That's correct. And these, this is documentary evidence showing that these witnesses lie to you. They're, they're pretty pissed that Tom sold assets of the company. I mean, they're super pissed they don't have a deal with Tom. And so, you know what I told him as well, you want crystal. Get Tom.

BOBBY: Listen Tom, the one that created all this. The AGS spoke with Tom. And the Ag at the time, I don't remember what
investigator it was, but whoever it is in the records that spoke with Tom, Tom even went to Corey Davison, told Corey
Davis to take us to the news, to go against me.

MIKE: But the problem is, Tom, in his statement specifically says when they ask him, Well, do you have any evidence of all this, they go, no, but Bobby is very good at

covering his tracks, and so

BOBBY: I can't help either.

MIKE: Second meeting, and he's like, You can't cover this. In fact, it looks like the only person that was trying to save this company was.

BOBBY: me

MIKE: Yeah, Bobby

BOBBY: Exactly. Yeah.

MIKE: He said, that's what I'm telling you. And you know, here's this 401, here's the transfers from Tinker,
because I have your Tinker records too, they've subpoenaed those

BOBBY: I already gave it to them

MIKE: well, but they had subpoenaed it too to make sure you gave them was accurate. And it is. That's how they are. And so it's like guys, you know, I don't know what to tell you, but he really stepped down in the day to day operations
long before he left, you know, by 2016 he was on his way out. There was more than one Crossroads lien, by the way that we found from 2016 there was two

BOBBY: okay

MIKE: and, and I'm like, that's when he shut the account. Now, if you want to go after Dusty, I don't care, but, you know, I don't see what dusty did was wrong. Yeah, this was a mismanaged company. Now, did dusty commit fraud? Sure, he went opened up an account under your name, without your permission.

BOBBY: No, he, I think, I don't even think he paid the bill. I think he just asked them, and then they told Dusty what needed to happen, and Crystal paid the payment.

MIKE: Well, there's another payment that really got the AGs bothered by Crystal, where, right before shit hit the fan, she withdraws $20,000 for herself,

BOBBY: correct, And she also paid, I had, we had to pay $5,000

MIKE: To the attorney

BOBBY: For the attorney.

MIKE: right before everything hit the fan. And this isn't in the bank records that you have. It looks like it was February of 2019, she withdrew $20,000 for herself, and it's like, yeah, I get it, guys. She's getting paid, and she's giving herself a paycheck. While jobs aren't being done?

BOBBY: And they made the deal with her.

MIKE: Well, I literally had to explain the general contractor versus subcontractor and how jobs are bid out. But you know, the main thing is, you know, as I told him, I was like, Guys, the subcontractors that did all this work. We're all paid. Huh? Yeah,
you're acting like this was a construction company. This was a general contractor. They subcontracted these jobs out to other individuals. They all got paid. It's, you know, liens. The liens are from the material holders that. They purchase the stuff from, that's crystals. And, I mean, I went through the whole fucking process with them. A job comes in. This is how they figure out, you know, what general subcontractors, they can do to put a new roof on. So the insurance is going to give them, let's say, $10,000 they figure out cost of materials, and a subcontractor, they can get it done for 6500 they make a 3500 profit off of it. That's how it works. You don't get a commission off of the 10,000 you get a commission off profit business made. And that's what Crystal was paying. Brandon grow too high of a commission on his jobs, and before the jobs were complete, that I don't know if that's true or not, but if it wasn't, it's a stupid thing.

BOBBY: At the end of the day, there's no crime committed, they still have me on the hook for everything. They know that I didn't commit the crime, and instead of them letting me

MIKE: The only thing they have you on the hook for, in my opinion, is civilly, and that's it.

BOBBY: But even civilly, there's I mean, but what I'm saying is they still holding me in my mind hostage as this 10 counts of felony criminal, and they already know for a fact in their mind, and they have all the evidence in front of them that they fucked up, and they have the wrong guy, but they're not releasing me. You know what

I'm saying

MIKE: WEll its went, I do, and it's went to John O'Connor now to be done, and he sent back. You know, how does this happen? Where are the mistakes? So we had our next meeting, and I explained to them all this, so it's going back up.

BOBBY: Okay?

MIKE: They're not wanting to proceed with this.

BOBBY: Well, I don't want them to, I don't want them to keep, like, having more time. So honestly, I have a news anchor that I've been talking with

MIKE: Oh no were ruling on that day, I'm not agreeing to a continuance.

BOBBY: Okay,

MIKE: Huh, well, unless I'm in trial,

BOBBY: well, listen, I'm just gonna take this to the news. I'm gonna, I think I have more than enough. I want to get a journalist to square this up,

MIKE: Bobby im not being a dick but I'm gonna be Bobby Smith. News really don't give a fuck what you have to say.

BOBBY: No, but it's a public opinion to go against the AG, it's the public opinion that says that they have me hostage.

MIKE: Mike Hunter is the one that fucked this up,

BOBBY: who is?

MIKE: Mike Hunter

BOBBY: I know, but I don't give a fuck. It's still the AG, the AG is still holding me hostage and not letting me free. They have more than whenever I sat down with

Nikki Kirkpatrick and gave her all this, she basically gave me a finger of middle finger up. And I want you to listen to that recording that everybody says that I was a dickhead at I wasn't a dickhead at that. Michael, I gave them information, and I explained to them how business works, and I explained to them all that as well, but they didn't want to listen, and they already had their mind made up

MIKE: Yes it went right over her head, dude.

BOBBY: I even showed her the email that said crystal put was in charge of operations. That's when she shut it down. She didn't want to see any more evidence against the person that she just signed a fucking deal with. So there's more.

MIKE: You got it

BOBBY: There's deeper to it. I'm gonna have, I'm gonna have the news a journalist put all this shit together to have a great story.

MIKE: I'm Not gonna stop you, Bobby, knock yourself out.

BOBBY: I mean, it's just an option. You know what Im saying it's an option

MIKE:, man, I get it, and you're not. Hey, don't forget, you're not a black person or a brown person or you would have it even worse.

BOBBY: Exactly,
MIKE: If you can get someone to run with this fucking story. I'm all for it. I really am. I really am, but I'm just like, waste your time on something that's gonna get somewhere.

BOBBY: I mean, I mean, honestly, I got the bankruptcy coming up. I need to start making moves, business moves, and I got a pretty big Listen, I got a big deal coming through, and I can't have 10 counts of fucking felony on my shit or it's gonna cost me a lot of money. So I need to do things that will move this process forward.

MIKE: He goes, I've been a prosecutor 15 years. I've never had a defense attorney basically prove who else was guilty 1000 times over with more evidence than I have here you got nothing, he goes, I got nothing. And I go, I understand that, and your boss needs to sign this or I'm gonna make him look really fucking stupid. He goes, I'm trying. He goes, this was his memo He sent back. And I said, I get it. You know, I'm not trying to embarrass him. I understand that was happening on

somebody G's watch. But where we stand now?

BOBBY: Nope, I want, I want every judge that fucking signed it. I want everything I'm gonna, I'm gonna blow the fucking roof off this because

MIKE: Oh there was probable cause,

BOBBY: there was no probable cause on Bobby Smith, no, no, no, no. There was zero probable cause. No, no. You need to retract that, man. I hate it when you say this stuff, because unless you come out with like a fact of probable cause

MIKE: Quit acting like youre a fucking, lawyer, I don't tell you how to put roofs on.

BOBBY:Okay. Tell me okay. Tell Okay. Explain to me the law on probable cause. Explain me the law for two years of 10 counts of felony for probable cause, because I don't understand it, and I need you to call it to me,

MIKE: Probably cause is a reasonable doubt, it's a different standard for a prosecutor.

BOBBY:: There's no reasonable doubt I wasn't even fucking involved. All they did was, there was two people that said it

MIKE: Bobby, Ive already heard probable cause at the prelim. I don't believe them, and they're wrong, but it's probable cause.

BOBBY: Okay, I'm gonna get the transcript, and I'm gonna send it to everybody and say, Tell me where the probable cause on this

MIKE: They have a witness who says I met with Bobby Smith. He was the owner of the company. There's your probable cause.
BOBBY: That's not probable cause, I've already debunked that.

MIKE: It is probably cause

BOBBY: Okay, my attorney is telling me that hearsay is probable cause.

MIKE: Probable cause sucks.

BOBBY: That's hearsay.

MIKE: Probable cause means everybody gets arrested

BOBBY: is hearsay probable Cause, yes or no.

MIKE: Do what?

BOBBY: is hearsay Probable Cause,

MIKE Uh, yes.

BOBBY: Okay. If probable cause is evidence in a, then Ill

MIKE: Probable cause Standard you're held to beyond a reasonable doubt, there isn't even clear and convincing, there's not even preponderance of the evidence you can there is no court in the world, even if it was civil, that could convict you right now. But probable cause is means, hey, could this possibly have happened? That's all probable cause means

BOBBY: okay, well, I'm gonna sue. I disagree, and I don't think that they had the right to fucking put me through what they've done and what they put me through. so

MIKE: I think you need to you need to sue some people, but you need to start with suing your wife.

BOBBY: Well, I will as soon as I can get this shit off my back, but the people that, even the AG, that knows that I'm wrong, still aren't doing it, because

MIKE: No, they're actually going to bat for you. Now, Nikki Kirkpatrick would be a good one to sue.

BOBBY: Oh, I want her ass. I want her ass bad because I have that audio

MIKE: Im telling you flat out she'd be good one to sue.

BOBBY: And I showed her the evidence.

MIKE: Now, When your wife's attorney, Chris Sloan, says I walked out there going, what the fuck just happened? We were going in there to make a restitution agreement. Because, yeah, I'm just like, okay, and honestly, you went in there with a decent attorney. Terry Phillips is not a scumbag. Now, Billy Coyle is a fucking waste of money, but Terry Phillips gets along really well with Nikki

BOBBY: except for she didn't really say anything and she didn't to tell the story. I was the one talking the whole time.

MIKE: Oh, I know, I literally listened to the tape and everything you told me. You told her, okay, and I, you know, I can't see your mannerisms on tape now. Do I think you raised your voice twice, not loud, not like you're doing now. But yeah, I mean she just, I mean she's wrong. I'm just telling you right now they they do not want to go forward with the case. They can't go forward with the case. I'm not agreeing to a continuance anymore, and they need to shit or get off the pot. They've asked me to come up with a way out of it. I said there is no way out of it. If you want to sue Tom, my guy will sue Tom. If you want to sue Crystal, my guy will sue Crystal I mean

BOBBY: I want to sue fucking Nikki. Tell them to have them sue Nikki, well, or the insurance. Fuck the insurance has money. Well, let's sue the insurance.

MIKE: So there, there's 17, there's liens that need to be placed for work that was completed and not done, and you've almost run out of your time, or you have run out of your time now. Secondly, there's insurance money that's owed on those charts that wasn't paid, that should have been collected, but these are bad business practices by your wife.

BOBBY: And no, the AG shut it down. It created this
also, no, when the Ag fucking did this, it also created the issue of not being able to collect money.

MIKE: Oh, because nobody thinks they need to pay you now, because you're an insolvent business,

BOBBY: correct?

MIKE: I know I talked to Colin about that, so, you know, I find it weird that your wife, who you know, wants to lawyer up with Colin so he can't tell me everything, but
he told me enough, and I've told the I mean, I've given the AG, his number. I mean, they, I don't know if they've talked to him, but everything that you have ever said has been verified, proven, and everything that she has ever said has been shown to be either wrong or flat out lie. And furthermore, out of the witnesses on the five cases they put forward, other than crossroads, the Nimbus files show that what they are saying occurred did not occur in that former fashion. The only one is that fucking earthquake damage down there nobody can make hide or hair out of that one. And I mean, I spent hours. Bottom line is yall just shouldn't have taken that job.

BOBBY: But y'all isn't me. I didn't fucking do anything,

MIKE: Okay, let me rephrase that. URC should not have taken that job.

BOBBY: and I agree with that. And dude, you don't know how many times I went in and said, What the fuck are y'all doing? That's dumb. Don't do that or whatever. But at the same time, they've got to fucking grow and do their own shit. You
know, I'm saying they've been doing their own shit for several years. So,

MIKE: no, no, yeah, that is the only time. And then, you know, the only other one, the only thing that even comes close to consumer protection, is the lady that paid the money for the roof, but then disappeared and they. Can't contact. Well, that's her fault, but that money is owed back to that lady, and she should have been paid for

BOBBY: And I understand that

MIKE: But you don't take a paycheck and Brandon. You don't take the commission, because work was never fucking done. Bobby fucking Smith was never paid. So don't accuse Bobby of doing this when everybody's making money except for Bobby motherfucking Smith,

BOBBY: thank fucking God, Mike, oh my god. Just the fucking facts to get out is a relief.

MIKE: to them I have showed this to them, and, you know, they sent a dismissal up to the Attorney General, and the Attorney General's response, he didn't sign it. He's

like, Y'all need, y'all need to explain how this could get this far. And so that's what I've been working with them, explaining who the responsible parties are.

BOBBY: I want Nikki named in that responsible party. I want Nikki Kilpatrick named as a responsible party of big fuck up. I need that in that memo. I want that in that memo, right?

MIKE: Well, here's your bigger problem. Now, who do you think could get  Who in trouble at this point? He's just the Attorney General, Nikki Kirkpatrick's a district court judge.

BOBBY: I know

MIKE: you know theres not really shit he could do to her, and there's a lot she can do to him.

BOBBY: It doesn't matter. I want him. I want that her named as a as one of the reasons why this has been fucked up. It has to be documented. I need that documented, that when, whenever I go back against her Dude, she's made my life hell, and she's made my life hell because she's ignorant and she should not be a judge and she cannot.

MIKE: So here's the first thing. Here's the worst news you're ever gonna going to hear in your entire life. I honestly think you could sue her and the AGs office, except for two very Republicans words, qualified immunity,

BOBBY: Well, all I can do is try

MIKE: it keeps them from being sued.

BOBBY:  Hey, the longer, the longer they keep throwing back a fucking memo,

MIKE: Bobby, all they are going to do is keep getting bigger and bigger and bigger.

BOBBY: So all they're Yeah, so the longer they delay. And after I've already, I gave them the facts

MIKE: This is honestly, the only non cartel, non big federal, non murder case I even

work on now. They need to let it go

BOBBY: , listen, nobody's too big to fall. I promise you, nobody's too big to fall. And I'm the motherfucker. I'm the hard headed motherfucker that will make them fall. Do you know how many people at the beginning of this said, Bobby, you're not gonna do it. Bobby, you're not gonna fucking make it. Bobby, you just gotta make a deal. Bobby, it's impossible. It's not gonna fucking happen.

MIKE: Alright, I'm not, I already told him you're not making a deal, so that's gone.

BOBBY: I'm just saying, I promise you I'm gonna fucking do

MIKE: what they need to do is fall on their sword and say, you know, it was the old regime, and that's what I told them

BOBBY: Nikki too

MIKE: I thought it was the old regime that made a deal with the Crystal filler. She hasn't testified. Crystal Smith. She hasn't testified, therefore, based on false material statements that she made, and this was my words to them, that she led us to believe she was not candid and truthful. And a result, we're revoking our deal with her and filing charges on her. She was there. I mean, that's where I'm trying to get him to go, just so you know

BOBBY: Yeah, but there's no still there. But, like you said before, there still was no criminal act.

MIKE: uh yeah I think there was.

BOBBY: But if you go that way,

MIKE: consumer protection, there's two words for consumer protection thats deep in the statute, their, their

BOBBY: if they drag me in, I'm gonna be so pissed. If they go forward with her, and then they just keep me because I was 49% owner, or 5% owner, or whatever the fuck reason, and all it is a undismisal on her, and then it's me and her. Now

MIKE: Before the 10 incidences occur. While you worked for Frayer, who are the biggest drug dealers in Oklahoma? But that's beside the point. Dont Act like I don't know the Frayer come back in the early 2000s compound and Moby count, just off of Western probably about six times back in the day. i i represent the grandfather, now the father, the big guy. Well, he's actually, he's actually family to me, in a way, that he was the one that turned over his operation in 2004 to the Valdez brothers. So Yeah, I know that mother fucker yeah. So you don't have to tell me anything.

BOBBY: Alright, I know that's good, because I don't want to

MIKE: you know that actually came up too they're like, so why does he be a firefighter and go work for the drug dealers? I just started laughing. I haven't done my research. I know you represented the old man back in the late 90s and early 2000s I was like I did, but I didn't know that was the Frayer he worked for. He goes, Oh yeah, That being said, water under the bridge. No, the responsible party on this because four out of the five customers, okay, not counting crossroads, out of the five, most of that happened. And from September 1 of 2017 until April of 2018 and there. And if you look in the Nimbus, you really didn't start coming back around to the summer of 2018 when shit was really going bad.

BOBBY: That's whenever Crystal left, Crystal through and left and left in and abandoned the company. Yep,

MIKE: June of 2018 you came back in there and tried, but you're not really your own.

BOBBY: No. All I'm doing is little like, I'm going, I'm only going in there to, like, be something to bounce ideas off of that was all or help problem solve.

MIKE: Well, as he says, their star witness, Brandon Crow, has too much egg on his face to be believable right now.

BOBBY: He's the one that got paid all of it.

MIKE: Thank you well, no who else took a paycheck without fail?

BOBBY: Well, dusty did as well, but he was he was a salary, but

MIKE: Dusty and crystal

BOBBY: Crystal didn't take paycheck I dont think.

Mike: Ah, shit. She got paid every two weeks. Dude. Look at those bank look at those bank statements. And then $25,000 in December of 2018 and then that $20,000 in February of 2019 you know, there's just no explanation for that dude.

BOBBY: No, I know

MIKE: that's, you know, consumer money. So that's why they were mad the time, sold those trucks, not even sold them, traded them for labor. But you know, this should have been a lot worse than it is, and that's the other thing. Ethan goes, well, I don't understand all these lawsuits against him. I'm like, yeah, these are other people, other customers, that she fucked over, but his name signed back to 2011 the collateral agreement on these that's why he's being sued, not her. And you know, he didn't have the money to hire fucking civil lawyers back, because y'all been fucking with him now for three years. And he's like, Yeah, we're trying to get to an end to this. I said, I get it. You would agree that consumers need to be made whole. I said, I understand that's the whole purpose of your unit. But the only person here that has any money or assets that you can go after is Crystal and her dad,

BOBBY: the insurance company.

MIKE: Well,

BOBBY: yes,

MIKE: Well the Times lapse for that,

BOBBY: not yet. Well, I mean, that's their fault, though. I told Billy Coyle(my first hired attorney) this at the very beginning of this, and I have it recorded.

MIKE: That's Crystals fault.

BOBBY: I understand, but at the end of the day, they've held me up for this so long. I don't want it to be I don't want them to cover up their fucking tracks and fuck me doing it.

MIKE: Oh, they're not gonna fuck you. But they're about to try to, they're figuring out a way to fuck crystal and her dad. It's down to $72,000 and she can pay it. She's got more than $72,000 in assets right now.

BOBBY: Okay, but if they do that, then they're not going to say all $72,000 hers. They're going to give some of that shit over to me.

MIKE: That's what, that's what the actual loss to consumers is right now. And that's like crossroads, actual consumers. There's the losses are way, way more than that, but that's the actual out of pocket money that people have had to pay to get liens off of their house

BOBBY: from Crossroads, from frucking and Crossroads, which was the fraudulent fucking account. We keep going in this vicious cycle. Yes,

MIKE: I get that

BOBBY: so tell Crossroads to get that fucking money back, and then I'll sue crossroads for fraudulently opening up my fucking account, and it'll be zeroed out, and then the consumers won't need to owed on any money. I guarantee the fucking AG, though, told the consumers to fucking pay the loans off.

MIKE: Hang on, Hang on, Hang on, I get that, that the account was fraudulently reopened by Dusty I get that. But Crossroads did supply the material.

BOBBY: Okay,

MIKE: so you really can't say that they're not, I mean, they're gonna get

BOBBY: They did it under a fake account. You can't tell me that if I open up a fake account somewhere else and charge up on it that that company is not going to be responsible for that fake money or that fake account, Crossroads should not have opened it up. Crossroads opened up that account without my permission. No no. Crossroads opened it up without my permission.

MIKE: Hang on, hang on, Hang on thats a disputed fact, right now,

BOBBY: what?

MIKE: Crossroads are not saying? They're saying,

BOBBY
Hold on, Michael, I'm losing you.

MIKE: Alright can you hear me know

BOBBY: what are they saying?

MIKE: Crossroads is saying they never, they temporarily suspended your account, didn't close your account and that you're the one that reopened it. Now you and I both know it wasn't you that did it. They wouldn't be able to recognize you from Adam, so it was Dusty That did it. We all get that, okay, but that's Crossroads position. So that's a disputed fact. Unfortunately, I wish

BOBBY: Well it is what it is, I mean, I didnt sign for it, I promise you that

MIKE: Well, the Ag agrees that you probably closed the account. And the reason was the 2016 liens, he goes, fuck. I wouldn't do business with them either. So, yeah, I wouldn't be there. It's bullshit. So where we stand at is, I'm not gonna have any answers, probably till the middle of next week. I've given them not I didn't give them everything because I'm saving some aces, and I told them, there's just no deals. Bobby,

BOBBY: okay.

MIKE: I mean, there's no deals. I'm not if we will to go to trial, great, because you got rid of Elliot. Now he's retired, so get a new judge. Will not be Elliot, which is even better, means you'll get a fair hearing. I depending on, and that's their other problem, that now that they know that whoever their next witness is, I'm going to
go

BOBBY: and slaughter them

MIKE: well, yeah, they don't want to call Crystal, they don't want to call Brandon Crow, and so they're, they're kind of, I mean, they're not at a win at all cost mentality. I mean, what I'm telling you, the two AGS assigned to this have said we

would like to dismiss. Their boss has written a memo saying we'd like to dismiss Im not saying the Attorney General is not going to, he just wants to know how it got this way. Because even he, you know, I can't tell you what he's going to do. This is Mike Hunter's crews fuck up, you know. But by the same token, you know, my gut feeling is they will dismiss it. Yeah, no, no. Prosecutors are gonna go to trial that they can't win.

BOBBY: They already tried on the first one, prelim, number one, and they, you know, it is what it is.

MIKE: Prelim number one, they've got enough, I think, on two counts. But what you got to understand, Judge Hammond is gonna bind it over, because that's what Judge Hammond does.

BOBBY: Well fuck her, I want her in the lawsuit. This is the thing. It's a court of law, not a court of fucking egos, not a court of fucking shaking this person's hand. It's a court of fucking law. She should not be binding shit over that should not be bound over.

MIKE: Bobby they said you were the boss. The other guy said that you were introduced by so and so as the boss. I mean,

BOBBY: no, as an owner, I can be a fucking owner. I can be a 5% owner. You keep mixing the words up. He perbatum said, I was introduced as an owner.

MIKE: Go there and litigate the living shit out of it. And when she binds over, I'll let you throw your temper tantrum, and I'll just say I told you. So bobby

BOBBY: listen, I know that it's not fair, but what I'm telling you, what I'm telling you, is I would like to show out those things that
are not fair. I'd like to call them out. I don't want to do this and just sweep it under the rug, dude, this is too big. This is too big of a fuck up by an entity that's too big,

MIKE: but you just called it. I mean, you just said exactly what's gonna happen. And I'm like, Okay, I mean, that's gonna happen too. That's why I've been trying to get this fucking thing dismissed.

BOBBY: But I want them to keep doing wrong, I want them to keep doing wrong

Mike: I gotta go

BOBBY: Alright bubba