AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma  ▼

**FILED**

**JUN 0 2 2025**

| | |
|---|---|
| Bobby Lee Smith | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) |
| OKLAHOMA ATTORNEY GENERALS OFFICE | ) |
| *Defendant/Respondent* | ) |

Civil Action No.

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

CN-25-588-JD

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

---

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: 

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date:  6-2-25

---

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Self-employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Income from real property *(such as rental income)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disability *(such as social security, insurance payments)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance *(such as welfare)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total monthly income:** | $ **0.00** | $ **0.00** | $ **0.00** | $ **0.00** |

2.     List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| None | | | $ 0.00 |
| None | | | $ 0.00 |

3.     List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Not Applicable | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |

4.     How much cash do you and your spouse have? $    80.00

     Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Cash App | Debit Card | $ 1,100.00 | $ 0.00 |
| Coinbase | Loaned Money | $ 36,000.00 | $ 0.00 |
| Robinhood | Loaned Money | $ 4,900.00 | $ 0.00 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ 0.00 |
| Other real estate *(Value)* | $ 0.00 |
| Motor vehicle #1 *(Value)* | $ 5,000.00 |
| Make and year:  2005 | |
| Model:          Mustang Gt | |
| Registration #: P864951 | |
| Motor vehicle #2 *(Value)* | $ 0.00 |
| Make and year:  None | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ 500.00 |
| Other assets *(Value)* | $ 0.00 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Crystal Smith | $ 30,000.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| None | None | 0 |
| | | |
| | | |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.     Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included? ☑ Yes ☐ No <br> Is property insurance included? ☑ Yes ☐ No | $ 1,800.00 | $ 0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 600.00 | $ 0.00 |
| Home maintenance *(repairs and upkeep)* | $ 0.00 | $ 0.00 |
| Food | $ 200.00 | $ 0.00 |
| Clothing | $ 0.00 | $ 0.00 |
| Laundry and dry-cleaning | $ 0.00 | $ 0.00 |
| Medical and dental expenses | $ 0.00 | $ 0.00 |
| Transportation *(not including motor vehicle payments)* | $ 50.00 | $ 0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ 0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|      Homeowner's or renter's: | $ 0.00 | $ 0.00 |
|      Life: | $ 0.00 | $ 0.00 |
|      Health: | $ 0.00 | $ 0.00 |
|      Motor vehicle: | $ 80.00 | $ 0.00 |
|      Other: | $ 0.00 | $ 0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ 0.00 | $ 0.00 |
| Installment payments | | |
|      Motor vehicle: | $ 0.00 | $ 0.00 |
|      Credit card *(name):*    Open Sky $1000 Maxed out from same suits | $ 30.00 | $ 0.00 |
|      Department store *(name):* | $ 0.00 | $ 0.00 |
|      Other: | $ 0.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ 0.00 |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 |
| **Total monthly expenses:** | $ **2,760.00** | $ *0.00* |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☑ No      If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes   ☑ No

    If yes, how much?   $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    I was falsely charged with embezzlement by the Oklahoma Attorney Generals Office. Though the charges were dismissed in 2022, the AGs office never corrected the public record. As a result, defamatory articles remain online, and I have been denied banking services, employment, and housing. Chase and Bank7 closed my accounts in 2024. I filed Chapter 7 bankruptcy, and I cannot recover while the public falsely believes I committed a felony. Ive exhausted all legal and financial remedies and have maxed out my credit card

12. Identify the city and state of your legal residence.
    Oklahoma City, Oklahoma

    Your daytime phone number:        (405) 863-8584

    Your age:  __43__   Your years of schooling:        5

    Last four digits of your social-security number:        3048

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

BOBBY LEE SMITH,

Plaintiff,

V.

Case No. CIV-25-588-JD

OKLAHOMA ATTORNEY GENERAL'S OFFICE,
GENTNER DRUMMOND, in his official capacity,
MICHAEL JAMES HUNTER, in his individual capacity,
NIKKI KIRKPATRICK, in her individual capacity,
HOPE BRYANT, in her individual capacity,
JOHN and JANE DOES 1–10,

Defendants.

## DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Bobby Lee Smith, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am the Plaintiff in the above-captioned case and I respectfully request that the Court grant my Motion to Proceed In Forma Pauperis pursuant to 28 U.S.C. § 1915.

2. I am currently unemployed and have no consistent source of income. I have been unable to obtain employment or operate a business due to public and ongoing defamatory allegations originating from the Oklahoma Attorney General's Office.

3. In 2024, Chase Bank and Bank7 closed all of my accounts due to reputational concerns linked to false criminal accusations, despite the full dismissal of charges in 2022.

4. I filed for Chapter 7 bankruptcy, which was finalized in 2024, after years of financial instability caused by those false accusations and related media publications.

5. The $36,000 currently held in my Coinbase account is not income or freely available capital. These funds are the remaining portion of a $200,000 private loan issued to me by Scott Fischer under a Promissory Note dated November 13, 2024.

6. The loan is payable on demand and bears no interest, which offers short-term support but creates an enforceable legal obligation to repay the full amount when requested. The remaining balance is all that is

left after using the bulk of the loan to cover housing, living expenses, and legal filing costs.

7. These funds are not liquid or disposable, and using them to pay court costs would violate the terms of the loan and subject me to further legal and financial hardship. I do not own a home, receive public assistance, or possess any other savings or income that can be used to cover court filing or service fees.

8. I have exhausted every available legal and administrative remedy to correct the damage done to my name and livelihood. I am pursuing this case pro se because I cannot afford legal representation, and the constitutional issues at stake are of vital importance.

For these reasons, I respectfully request that the Court grant my Motion to Proceed In Forma Pauperis and waive all applicable filing and service fees.

Executed this 2 day of June , 2025, in Oklahoma County Oklahoma.

Bobby Lee Smith
Plaintiff, Pro Se
1612 N Pennsylvania Ave
Oklahoma City, OK 73107
405-863-8584
nfd1288@gmail.com


## Promissory Note

**Bobby Smith** <nfd1288@gmail.com>
To: Scott Fischer <sfischer@pointe-vista.com>

Wed, Nov 13, 2024 at 4:41 PM

Promissory Note

Date: 11-13-24

—

Borrower:

Bobby Smith
[Borrower's Address]

Lender:

Scott Fischer
[Lender's Address]

—

Principal Amount: $200,000.00
Interest Rate: 0% per annum
Maturity Date: Payable on demand

—

Terms and Conditions

1. Promise to Pay: For value received, the Borrower hereby unconditionally promises to pay to the order of the Lender the principal sum of Two Hundred Thousand Dollars ($200,000.00), without interest.

2. Payment: The principal amount shall be payable in full upon demand by the Lender. The Borrower may make prepayments in whole or in part at any time without penalty.

3. No Fixed Repayment Schedule: There is no fixed repayment schedule for this loan. Payment in full is due when the Lender demands repayment.

4. Governing Law: This Promissory Note shall be governed by and construed in accordance with the laws of the State of Oklahoma.

5. No Waiver: The failure of the Lender to exercise any rights under this Note shall not be deemed a waiver of such rights.

6. Severability: If any provision of this Note is held to be invalid or unenforceable, all remaining provisions shall remain in full force and effect.